IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN CARLOS TAPIA-TORRES,<br><br>　　　　　Defendant. | CASE NO. 8:23-CR-00072<br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

　　(1)　The defendant affirms receiving a copy of the indictment;

　　(2)　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

　　(3)　The defendant pleads not guilty to all counts of the indictment.

_JUAN CARLOS TAPIA TORRES_　　　_3/27/23_
Defendant　　　　　　　　　　　　　Date

_[signature]_　　　　　　　　　　　　_03/27/2023_
Attorney for Defendant　　　　　　　Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __28th__ day of _____March_____, 20__23__.

BY THE COURT:

_[signature]_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT