IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:23-cr-00072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **WAIVER OF DETENTION HEARING** |
| JUAN CARLOS TAPIA-TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant hereby waives the Detention Hearing set for March 30, 2023 at 10:00 a.m. in this court.

_Juan Carlos Tapia Torres_
Defendant

_[signature]_
Counsel for Defendant

**ORDER**

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and his Detention Hearing scheduled for the 30th day of March, 2023, at 10:30 a.m., is hereby cancelled.

DATED this __28th__ day of _____March_____, __2023__.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT